## Commonwealth *v.* Cotton et al., Appellants.

Argued April 14, 1969. *John J. Dean*, Assistant Public Defender, with him *George H. Ross*, Public Defender, for appellants; *Carol Mary Los*, Assistant District Attorney, with her *Charles B. Watkins*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.